UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DONALD B. HATTON,

        Plaintiff,

   v.

BANK OF AMERICA,

        Defendant.
_____/

NO. CIV. S-06-1888  FCD/GGH

ORDER

It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of § 455 of Title 28 of the United States Code mandate the disqualification of the undersigned;

IT IS HEREBY ORDERED that:

1.    The undersigned recuses himself as the judge to whom this case is assigned;

2.    All currently scheduled dates in the above-captioned action are **VACATED**; and

3.    Attached is the scheduling order before the newly assigned judge.

IT IS SO ORDERED.

DATED: September 1, 2006

                         /s/ Frank C. Damrell Jr.
                         FRANK C. DAMRELL, Jr.
                         UNITED STATES DISTRICT COURT

1     This case is reassigned to United States District Judge Garland E. Burrell, Jr.

2     IT IS SO ORDERED.

3 DATED: 9/1/2006

_____
DAVID F. LEVI
United States District Judge