UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DONALD B. HATTON,

        Plaintiff,

  v.

BANK OF AMERICA,

        Defendant.
_____/

NO. CIV. S-06-1888   FCD/GGH

<u>ORDER</u>

It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of § 455 of Title 28 of the United States Code mandate the disqualification of the undersigned;

IT IS HEREBY ORDERED that:

1. The undersigned recuses himself as the judge to whom this case is assigned;

2. All currently scheduled dates in the above-captioned action are **VACATED**; and

3. Attached is the scheduling order before the newly assigned judge.

IT IS SO ORDERED.

DATED: September 1, 2006

                                  /s/ Frank C. Damrell Jr.
                                  FRANK C. DAMRELL, Jr.
                                  UNITED STATES DISTRICT COURT

1  This case is reassigned to United States District Judge Garland E. Burrell, Jr.
2  IT IS SO ORDERED.
3  DATED: 9/1/2006

```
                                    _____
                                    DAVID F. LEVI
                                    United States District Judge
```